# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 22, 2017

### NO. 03-15-00339-CV

**Ben Melton, Appellant**

**v.**

**CU Members Mortgage, a division of Colonial Savings, F.A.;
and First Western Title Co., Appellees**

---

**APPEAL FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND BOURLAND
REVERSED AND REMANDED -- OPINION BY JUSTICE PEMBERTON**

---

This is an appeal from the orders of July 14, 2014, and March 2, 2015, made final on March 12, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for further proceedings. Appellees shall pay all costs relating to this appeal, both in this Court and the court below.